ROCKY POINT PROPERTIES, INC., Appellant, v THE SEAR-BROWN GROUP, INC., et al., Respondents, et al., Defendant. [869 NYS2d 837]

Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.

RAMONA WALLACE, as Administratrix of the Estate of HOWARD L. WALLACE, II, Deceased, Respondent, v KEVIN ADKINS et al., Defendants, and STEVEN LEE BURRESS, Doing Business as SLB ENTERPRISES, Appellant. [869 NYS2d 847]

Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.